■ JOHN MONTELEONE, Appellant, v ROBERT SICURELLI, Respondent. [738 NYS2d 898] —In an action to recover damages for dental malpractice, the plaintiff appeals from a judgment of

the Supreme Court, Kings County (Mason, J.), entered November 21, 2000, which, upon a jury verdict, is in favor of the defendant and against him.

Ordered that the judgment is affirmed, with costs.

"This Court has the power to 'set aside a jury verdict and grant a new trial when the jury's determination is palpably incorrect and a substantial injustice would be done if the verdict were sustained' " (*Kaminski v Modern Italian Bakery of W. Babylon,* 270 AD2d 232, citing *Pinto v Pyramid Tire,* 193 AD2d 723, 724; *see, Nordhauser v New York City Health & Hosps. Corp.,* 176 AD2d 787, 789). The verdict was not against the weight of the evidence, as the jury properly assessed the witnesses, the accuracy of their testimony, and the discrepancies therein (*see, Teneriello v Travelers Cos.,* 264 AD2d 772). Feuerstein, J.P., Smith, McGinity and Townes, JJ., concur.